Elizabeth McM. Godley, Respondent, v. Crandall & Godley Company and Others, Appellants, Impleaded with Crandall Pettee Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of The European-American Bank, Claim of Brent Good, a Creditor, Appellant; The Superintendent of Banks, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Deutsch, Appellant, v. Herman Schoenbrun and Henry B. Schoen, brun, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert M. Black, Respondent, v. George E. Bentel, Appellant.— Order affirmed with ten dollars costs and disbursements. No opinion.

Anna W. Scott, Respondent, v. George W. Scott, Appellant.— Order modified by reducing counsel fee to $500, and as modified affirmed, without costs. No opinion. McLaughlin and Scott, JJ., dissented and voted to reduce counsel fee to $350, and alimony to $50 per month.

Charles H. Barson and Mary Matilda Barson, Respondents, v. Agnes K. Murphy Mulligan and William G. Mulligan, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sem Sobel, Respondent, v. John Counes, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cudahy Packing Company, Respondent, v. Frederick Schoen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Old Dominion Steamship Company, Appellant, v. Benjamin A. Keiley and Mary H. Keiley, as Executors, etc., of John D. Keiley, Jr., Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henriette E. Godeffroy, Respondent, v. Adolph E. Godeffroy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Thomas H. Dibbins, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, and John H. Timmerman, as City Paymaster, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Frank T. Bergan, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, and John H. Timmerman, as City Paymaster, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. John S. Bannon, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, and John H. Timmerman, as City Paymaster, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Andrew J. Maguire, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, and John H. Timmerman, as City Paymaster, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herbert J. Smith, Appellant, v. Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.